IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Unites States of America | ) |
| | ) Cr. No. 6:07-959-HMH |
| vs. | ) |
| | ) **OPINION & ORDER** |
| Billy Joe Hindman, | ) |
| | ) |
| Defendant. | ) |

Billy Joe Hindman ("Hindman") pled guilty to one count of illegal gambling and one count of money laundering on December 18, 2007. Hindman was sentenced to five years' probation. As part of his plea agreement, Hindman agreed to forfeit the assets listed in the Indictment in the amount of a $9,000,000.00 money judgment. On January 8, 2008, a receiver was appointed to marshal and liquidate the assets for satisfaction of the $9,000,000.00 money judgment.

Some of Hindman's assets have not yet been sold to satisfy the judgment. Because of a downturn in the economy, the receiver has delayed the liquidation of these remaining assets. On April 22, 2010, the receiver reported to the court the prospect of certain sales on some of the remaining properties. The court directs that efforts be undertaken to liquidate all remaining assets of Hindman in order to satisfy the $9,000,000 money judgment. The court further directs that this liquidation be completed by the end of the current calendar year. The receiver and the

Government are also directed to file within 30 days a current accounting report to include the total amount that has been paid to the Government in satisfaction of the judgment.

    **IT IS SO ORDERED**.

                                                                    s/Henry M. Herlong, Jr.
                                                                   Senior United States District Judge

Greenville, South Carolina
July 9, 2010